IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS MANUEL SAUCEEDA PEREA,<br><br>Defendant. | 8:23CR62<br><br>**ORDER** |

On April 28, 2023 the court held a hearing on the motion of Casey J. Quinn to withdraw as counsel for the defendant, Jesus Manuel Sauceeda Perea (Filing No. 55). Casey J. Quinn represents that he has a conflict of interest in this matter. After inquiry of the Defendant and his counsel, the court granted Casey J. Quinn's motion to withdraw (Filing No. 55).

Adam J. Sipple, 209 South 19th Street, Suite 540, Douglas Building, Omaha, NE 68102, (402) 346-2500, is appointed to represent Jesus Manuel Sauceeda Perea for the balance of these proceedings pursuant to the Criminal Justice Act. Casey J. Quinn shall forthwith provide Adam J. Sipple any discovery materials provided to the defendant by the government and any such other materials obtained by Casey J. Quinn which are material to Jesus Manuel Sauceeda Perea's defense.

The clerk shall provide a copy of this order to Adam J. Sipple and the defendant.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge