IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR62 |
| v. | |
| JESUS MANUEL SAUCEEDA PEREA, | ORDER |
| Defendant. | |

    This matter is before the Court on (1) defendant Jesus Manuel Sauceeda Perea's ("Sauceeda Perea") motion to dismiss the criminal charges against him with prejudice (Filing No. 260) and (2) the magistrate judge's[1] Order and Findings and Recommendation (Filing No. 269) recommending his motion be granted.  *See* 28 U.S.C. § 636(b)(1) (authorizing the Court to designate a magistrate judge to assist with pretrial matters on dispositive motions and requiring "de novo review of" any specific "proposed findings or recommendations to which objection is made"); Fed. R. Crim. P. 59(b) (same).

    Having conducted a telephonic hearing on Sauceeda Perea's motion on January 23, 2026, the magistrate judge reports that the government does not oppose his discharge from federal custody nor the prejudicial "dismissal of his criminal charges due to his continued incompetence." *Cf.*, *e.g.*, *Peretz v. United States*, 501 U.S. 923, 939 (1991) (explaining de novo review is not necessary "unless requested by the parties" (quoting *United States v. Peacock*, 761 F.2d 1313, 1318 (9th Cir. 1985) (Kennedy, J.), *cert. denied*, 474 U.S. 847 (1985))); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) ("[T]he

---

[1]The Honorable Ryan C. Carson, United States Magistrate Judge for the District of Nebraska.

failure to file objections eliminates not only the need for de novo review, but *any* review by the district court.").

In light of the foregoing,

IT IS ORDERED:

1. The magistrate judge's Findings and Recommendation (Filing No. 269) is accepted.
2. Defendant Jesus Manuel Sauceeda Perea's unopposed motion to dismiss the criminal charges against him with prejudice (Filing No. 260) is granted.
3. The Indictment (Filing No. 1) is dismissed with prejudice as to defendant Jesus Manuel Sauceeda Perea.

Dated this 26th day of January 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge